GAZES LLC
151 Hudson Street
New York, New York 10013
(212) 765-9000
Ian J. Gazes, Esq.
David Dinoso, Esq.
*Attorneys for the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

                                 Chapter 7

CHARLES WOODS,

                                 Case No. 15-13262-MG

       Debtor.
-----------------------------------------------------------x

**CHAPTER 7 TRUSTEE'S STATEMENT IN RESPONSE TO DEBTOR'S MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 11**

TO:    THE HONORABLE MARTIN GLENN
          UNITED STATES BANKRUPTCY JUDGE

       Ian J. Gazes, the chapter 7 trustee (the "Trustee") in the bankruptcy case of Charles Woods(the "Debtor"), submits this statement in response to the Debtor's Motion (the "Motion") to convert his bankruptcy case from a case under chapter 7 of the Bankruptcy Code to a case under chapter 13, and respectfully represents as follows:

The Trustee has reviewed the Motion and the Debtor's schedules and amended schedules accompanying his petition.   Based on the foregoing, the Trustee has no opposition to the relief requested in the Motion.

Dated: New York, New York
       March 15, 2016                              GAZES LLC

                                                  By: /s/ Ian J. Gazes
                                                      Ian J. Gazes
                                                  151 Hudson Street
                                                  New York, New York 10013
                                                  (212) 765-9000
                                                  Attorneys for the Chapter 7 Trustee